JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 9 2007

FILED
CLERK'S OFFICE

**A CERTIFIED TRUE COPY**

FEB 27 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DOCKET NO. 875

C 06 - 6949 JSW

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

FILED
MAR - 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-274)*

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 81,799 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB 27 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

3/2/07

## SCHEDULE CTO-274 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**DIST. DIV. C.A. #**             **CASE CAPTION**

CALIFORNIA NORTHERN
  CAN 3  06-6665       Roger Vedad, et al. v. United States of America
  CAN 3  06-6949       Patty Cervenka, etc. v. General Electric Co.
  CAN 3  06-7109       Mary Marcelja, et al. v. General Electric Co.
  CAN 3  06-7174       Dorothy Wehr, et al. v. General Electric Co.
  CAN 3  06-7175       Ray D. Holliday v. General Electric Co., et al.
  CAN 3  06-7319       Kathleen Rice, et al. v. General Electric Co., et al.
  CAN 3  06-7629       Ella Mae Young v. Advocate Mines, Ltd., et al.

LOUISIANA EASTERN
  LAE 2  06-10723      Jim Taylor, et al. v. Anco Insulations, Inc., et al.
  ~~LAE 2  06-10929~~  ~~Joyce Hampton, et al. v. Owens-Illinois, Inc., et al.~~ **Vacated 2/20/07**
  ~~LAE 2  06-11140~~  ~~Melvin Raymond v. Borden, Inc., et al.~~ **Opposed 2/26/07**

LOUISIANA MIDDLE
  ~~LAM 3  06-785~~    ~~Teressa Bell, etc. v. Rowan Companies, Inc., et al.~~ **Opposed 2/26/07**
  ~~LAM 3  06-965~~    ~~Aurelie Breau Waguespack, et al. v. Anco Insulations, Inc., et al.~~
                        **Opposed 2/27/07**

LOUISIANA WESTERN
  ~~LAW 6  06-2190~~   ~~Daniel Jarrell v. Franks Petroluem, Inc., et al.~~ **Opposed 2/26/07**

MISSISSIPPI SOUTHERN
  ~~MSS 1  06-1277~~   ~~Anton Wagner v. Mississippi Rubber & Specialty Co., et al.~~
                        **Opposed 2/20/07**

NORTH CAROLINA MIDDLE
  NCM 1  06-1074       Michael Benjamin McFarland, etc. v. 3M Co., et al.
  NCM 1  06-1098       Glenn David Jacobs, et al. v. Aqua-Chem, Inc., et al.
  NCM 1  06-1099       Ralph Eugene Long, et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
  NCW 1  06-388        Alan Lee Coffey, et al. v. Aqua-Chem, Inc., et al.
  NCW 1  06-389        Richard Earl Browne v. Aqua-Chem, Inc., et al.
  NCW 1  06-390        Roger Wayne Deal, et al. v. Aqua-Chem, Inc., et al.
  NCW 1  06-391        Rahn Nelson Painter, et al. v. Aqua-Chem, Inc., et al.
  NCW 1  07-2          Sadie JoAnn Deaton v. Aqua-Chem, Inc., et al.

SOUTH CAROLINA
  SC 2  06-3498        Beverly R. Junkin, etc. v. Aventis Corpscience USA, Inc., et al.
  SC 2  06-3500        Bobby L. Tompkins, et al. v. Owens-Illinois, Inc., et al.
  SC 2  06-3502        Anthony Gibbs, et al. v. A.W. Chesterton Co., et al.
  SC 2  06-3528        Scott Kennedy, et al. v. Owens-Illinois, Inc., et al.
  SC 2  06-3529        John C. Blackmon, Jr., et al. v. Owens-Illinois, Inc., et al.
  SC 2  06-3532        Guy Edward Johnson, Jr., etc. v. Owens-Illinois, Inc., et al.
  SC 2  06-3534        Jet Ramsey, et al. v. Aventis Cropscience USA, Inc., et al.
  SC 8  06-3583        Samuel Paul Cheek, et al. v. Aqua-Chem, Inc., et al.
  SC 8  07-3           Charles David Birchfield, et al. v. Aqua-Chem, Inc., et al.
  SC 8  07-4           Eugene Brown, Jr., et al. v. Aqua-Chem, Inc., et al.

WASHINGTON WESTERN
  WAW 2  06-619        Victory M. Mundy, etc. v. Elliott Co., et al.

WISCONSIN WESTERN
  WIW 3  06-546        William Junk, Sr., etc. v. Dynegy Corp., et al.