1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    PATTY CERVENKA, et al.,

10              Plaintiffs,                        No.  C 06-06949 JSW

11    v.                                           **ORDER**

12    GENERAL ELECTRIC COMPANY,

13              Defendant.

    _____/

14

15        On July 5, 2012, this case was remanded from MDL-875.  It is HEREBY ORDERED

16    that the parties shall submit a joint status report to the Court by no later than September 28,

17    2012, advising the Court of the status of this litigation and how they intended to proceed in this

18    Court.

19        **IT IS SO ORDERED.**

20

21    Dated: September 5, 2012                     _____

22                                                 JEFFREY S. WHITE
                                                   UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

*United States District Court*
For the Northern District of California